Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





HOUSING AUTHORITY OF THE CITY
OF EL PASO/VICTORIA PEREA,


 Appellant/Appellee,


v.


VICTORIA PEREA/HOUSING
AUTHORITY OF THE CITY OF 

EL PASO,


 Appellee/Appellant.

§


 


§


 


§


 


§


 


§



§


 §

No. 08-07-00032-CV



Appeal from


 168th District Court


of El Paso County, Texas


(TC # 2005-4563)





MEMORANDUM OPINION



 Pending before the Court is a joint motion to set aside the trial court's judgment and remand
for entry of an agreed judgment pursuant to Tex.R.App.P. 42.1(a)(2)(B). The motion is granted. We
therefore set aside the trial court's judgment without regard to the merits and remand the cause to
the trial court for rendition of judgment in accordance with the parties' agreement. We further order
costs be assessed against the party incurring same.


June 14, 2007 

 ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.